JOHN G. McKAY, et al., v. DENNIS W. SMALL, Tax Collector, et al.

25 So. (2nd) 498                    January Term, 1946
March 21, 1946                              Division B

*McKay, Dixon & DeJarnette,* for appellants.

*H. A. Rider, R. E. Kurtz* and *Thomas A. Kurtz,* for appellees.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.